WERTHEIMER et al. v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. March 5, 1896.)

CUSTOMS DUTIES—EMBROIDERED GLOVES.
	The provision in paragraph 458 of the act of 1890 for "all embroidered gloves with more than three single strands or cords" includes all gloves embroidered on the back with three decorations, each of which is composed of more than a single strand or cord. 68 Fed. 186, affirmed.

Appeal from the Circuit Court of the United States for the Southern District of New York.

This was an appeal by Wertheimer & Co. from the decision of the board of general appraisers affirming the action of the collector of customs at the port of New York in the classification for duty of certain ladies' kid gloves, embroidered. The collector assessed an additional duty of 50 cents per dozen pair, under the provisions of par. 458 of the act of 1890, and the particular clause thereof which reads: "On all embroidered gloves with more than three single strands or cords, 50 cents per dozen pairs." The importers protested, claiming that, while the gloves were embroidered, they were not embroidered with more than three single strands or cords. The evidence tended to show that gloves of this character were known in trade as "three-row embroidered gloves." The gloves in question had more than three single strands or cords in the embroidery, although there were but three rows of embroidery on the back. The circuit court affirmed the decision of the board (68 Fed. 186), and the importers appealed.

Wm. Wickham Smith, for appellants.
Henry C. Platt, for the United States.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. According to the evidence in the record, all gloves, when commercially finished, have embroidery upon the back, consisting of three decorations, and those in which the decoration is formed of a single strand or cord are commercially known as "plain" gloves. We conclude that the embroidered gloves "with more than three single strands or cords" of paragraph 458 of the tariff act of October 1, 1890, are all those except the three single-strand embroidered gloves, and that, as the gloves in controversy have three decorations, each of which consists of more than a single strand or cord, they were properly subjected to the additional duty of 50 cents per dozen pairs. The judgment of the circuit court is therefore affirmed.